Opinion issued May 6, 2010

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00144-CR

———————————

Charleston Clark Singletary, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 337th District Court 

Harris County, Texas



Trial Court Case No. 1156595

 



 

 MEMORANDUM OPINION

          We
lack jurisdiction to hear this appeal. 
The trial court sentenced appellant, Charleston Clark Singletary, and
signed an order deferring adjudication of guilt and placing him on community
supervision in this case on August 19, 2008. Appellant's deadline for filing a notice of appeal was September
18, 2008, 30 days after sentencing.  See
Tex. R. App. P. 26.2(a)(1).   The trial court has not adjudicated guilt in
this case, and appellant remains on community supervision.

          Appellant
filed a pro se notice of appeal on February 6, 2009, 171 days after the
deadline.  An untimely notice of appeal
fails to vest the appellate court with jurisdiction to hear the case.  Slaton v. State, 981 S.W.2d 208, 209-10
(Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim.
App. 1996); Douglas v. State, 987 S.W.2d 605, 605-06 (Tex. App.CHouston
[1st Dist.] 1999, no pet.).

          We
therefore dismiss the appeal for lack of jurisdiction.

          All
pending motions are denied as moot.

          It is
so ORDERED.

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.

Do
not publish.   Tex. R. App. P. 47.2(b).